B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

Case Number  15−31389−KLP
Chapter  7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Shani Adia McCall
P.O. Box 5396
Glen Allen, VA 23058

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−1245

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Shani Adia McCall is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated:  July 1, 2015                                              William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                           Case No. 15-31389-KLP
Shani Adia McCall                                                Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7         User: admin              Page 1 of 2              Date Rcvd: Jul 02, 2015
                             Form ID: B18             Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2015.
```
db            +Shani Adia McCall,    P.O. Box 5396,    Glen Allen, VA 23058-5396
12808393      +Alfa Vision Insurance Corp.,    P.O Box 2328,    Brentwood, TN 37024-2328
12808395      +Bay Area Credit,    P.O. Box 467600,    Atlanta, GA 31146-7600
12808396      +Bon Secors Medical Regional,    P.O. Box 843356,    Boston, MA 02284-3356
12808402     ++++CHECKSMART COLLECTIONS,    6785 BOBCAT WAY STE 200,    DUBLIN OH 43016-1443
              (address filed with court: CheckSmart Collections,    7001 Post Road, Ste 200,
              Dublin, OH 43016-0000)
12808421      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
              (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713-0000)
12808400      +Cbe Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
12808401      +Central Credit/Penn Cr,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
12808404      +Cnac - In101,    12802 Hamilton Crossing,    Carmel, IN 46032-5424
12808405      +Convergent Healthcare Recoveri,    P.O. Box 5435,    Dept. 0102,    Carol Stream, IL 60197-5435
12808408      ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
              (address filed with court: Dominion Virginia Power,    Bankruptcy Dept.,    PO Box 26543,
              Richmond, VA 23290-0001)
12808407      +Department of Veterans Affairs,    P.O. Box 530269,    Atlanta, GA 30353-0269
12808409      +Dr. George Chirkinian, DC,    3509 Jefferson Davis Hwy,    Richmond, VA 23234-2146
12808411      +Enterprise Rent-a-Car,    PO Box 5507,    Clark, NJ 07066-5507
12808412      +Eos Cca,    Po Box 981025,    Boston, MA 02298-1025
12808415      ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
              (address filed with court: Focus Recovery Solutions,    Attn: Bankruptcy,
              9701 Metropolitan Court  Ste B,    Richmond, VA 23236-0000)
12808416      +Granite Law Group,    P.O. Box 456,    Layton, UT 84041-0456
12808419      +Ironbridge Self Storage,    6100 Blest Lane,    Richmond, VA 23237-2295
12808420      +John Tyler Community College,    13101 Jefferson Davis Highway,    Chester, VA 23831-5316
12808423      +MCV Physicians,    P.O. Box 91747,    Richmond, VA 23291-9747
12808422      +McGuire VA Medical Center,    PO Box 19950,    Asheville, NC 28815-1905
12808424      +Memorial Regional Medical,    PO Box 409438,    Atlanta, GA 30384-9438
12808425      +National Credit System,    Attn: Bankruptcy,    Po Box 312125,    Atlanta, GA 31131-2125
12808426      +Natl Fitness,    1645 E Hwy 193,    Layton, UT 84040-8525
12808428      +Ncc Business Svcs Inc,    9428 Baymeadows Rd Ste 2,    Jacksonville, FL 32256-7912
12808430      +Notte & Kreyling P.C,    11770 Haynes Bridge Rd.,    205-104,    Alpharetta, GA 30009-1966
12808432      +Proactiv Solution,    PP.O. Box 361448,    Des Moines, IA 50336-1448
12808433      +Radiology Assoc of Rich,    PO 79923,    Baltimore, MD 21279-0923
12808435      +Rolfe Emergency Phys, LLC,    P.O. Box 37934,    Philadelphia, PA 19101-0534
12808436      +Royal Dermatology and Aestheti,    7229 Forest Ave. Ste. 100,    Richmond, VA 23226-3765
12808437     #+SCI,    P.O. Box 85005,    c/o Virginia Womens Center,    Richmond, VA 23285-5005
12808438      +Select Resource Group,    P.O. Box 25969,    Greenville, SC 29616-0969
12808439      +Simmons, LLC t/z Three Chopt W,    20 S. Auburn Ave.,    c/o Godwin-Jones & Price, PC,
              Richmond, VA 23221-2910
12808440      +Southern Physical Med Asso Inc,    5922 West Broad St.,    Richmond, VA 23230-2231
12808441      +Spinella, Owings & Shaia,    8550 Mayland Dr,    Richmond, VA 23294-4704
12808442      +Stratford Hills/Bethany Spring,    2517 West Tremont Court,    Richmond, VA 23225-1957
12810842      +U.S. Attorney,    600 E. Main St.,    18th Flr,    Richmond, VA 23219-2430
12808445      +United Consumers, Inc.,    14205 Telegragh Road,    2nd Floor,    Woodbridge, VA 22192-4615
12808446      +VCU Health System,    PO 758721,    Baltimore, MD 21275-8721
12808448      +Victoria Fire & Casualty,    Payment Processing Center,    P.O. Box 55126,
              Boston, MA 02205-5126
12808449       Virginia Employment Comm.,    P.O. Box 26971,    Set off Debt,    Richmond, VA 23261-6971
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QHSHAIA.COM Jul 03 2015 01:53:00      Harry Shaia, Jr,    Spinella, Owings & Shaia, P.C.,
               8550 Mayland Drive,    Richmond, VA 23294-4704
cr            +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 03 2015 02:38:00
               Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
12808392      +EDI: AFNIRECOVERY.COM Jul 03 2015 01:53:00      Afni,    Attention: Bankruptcy,
               1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
12808394      +EDI: ALLIANCEONE.COM Jul 03 2015 01:53:00      Allianceone,    4850 E Street Rd Ste 300,
               Trevose, PA 19053-6643
12808399      +EDI: CBCSI.COM Jul 03 2015 01:53:00      CBCS,    PO Box 164090,    c/o Gas South,
               Columbus, OH 43216-4090
12808397      +EDI: CAPONEAUTO.COM Jul 03 2015 01:53:00      Capital One Auto Finance,    3905 N Dallas Pkwy,
               Plano, TX 75093-7892
12808397      +E-mail/Text: coafinternalbkteam@capitaloneauto.com Jul 03 2015 01:59:32
               Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
12817092      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 03 2015 02:37:50
               Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
               Arlington, TX 76006-1347
12808398      +EDI: CAPITALONE.COM Jul 03 2015 01:53:00      Capital One, N.a.,    Capital One Bank (USA) N.A.,
               Po Box 30285,    Salt Lake City, UT 84130-0285
12808403      +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Jul 03 2015 02:06:56      City of Richmond,
               Personal Property Taxes,    P.O. Box 26624,    Richmond, VA 23261-6624
```

```
District/off: 0422-7            User: admin              Page 2 of 2               Date Rcvd: Jul 02, 2015
                                Form ID: B18             Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12808406       +E-mail/Text: mhumphrey@creditadjustmentboard.com Jul 03 2015 01:59:27
                 Credit Adjustment Board,    306 East Grace Street,    c/o Hanover Anesthesia Group,
                 Richmond, VA 23219-1795
12808410       +E-mail/Text: bknotice@erccollections.com Jul 03 2015 01:58:44         Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
12808413       +EDI: AMINFOFP.COM Jul 03 2015 01:53:00        First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
12808414       +Fax: 614-760-4092 Jul 03 2015 02:40:01       First Virginia,    159 East Belt Boulevard,
                 Richmond, VA 23224-1203
12808417       +EDI: IIC9.COM Jul 03 2015 01:53:00        I.C. Systems Inc.,    444 Highway 96 East,
                 P.O. Box 64887,    Saint Paul, MN 55164-0887
12808418       +EDI: IIC9.COM Jul 03 2015 01:53:00        IC System,    Attn: Bankruptcy,
                 444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
12808429       +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 03 2015 01:58:48         NCO Financial,
                 P.O. Box 15740,    c/o Progressive Insurance,    Wilmington, DE 19850-5740
12808427       +EDI: NAVIENTFKASMSERV.COM Jul 03 2015 01:53:00        Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
12808431        EDI: PRA.COM Jul 03 2015 01:53:00       Portfolio Recovery Assoc.,     P.O. Box 12914,
                 Norfolk, VA 23541-0000
12808434       +E-mail/Text: saxonl@chesterfield.gov Jul 03 2015 01:59:29         Richard A. Cordle,Treasurer,
                 P.O. Box 26585,    Richmond, VA 23261-6585
12808443       +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 03 2015 01:58:48         Transworld Sys Inc,
                 507 Prudential Rd,    Horsham, PA 19044-2308
12808444       +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 03 2015 01:58:48         Transworld Sys Inc/99,
                 507 Prudential Rd,    Horsham, PA 19044-2308
12808447        EDI: AFNIVZCOMBINED.COM Jul 03 2015 01:53:00        Verizon,    ATTN: Bankruptcy Dept.,
                 P.O. Box 660720,    Dallas, TX 75266-0720
12808450       +E-mail/Text: vwcnotifications@vwcenter.com Jul 03 2015 01:58:44         Virginia Women's Center,
                 7130 Glen Forest Dr.,#101,    Richmond, VA 23226-3754
                                                                                              TOTAL: 24

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2015 at the address(es) listed below:
              Harry  Shaia, Jr    harryshaia@spinella.com,
               marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.epiqsystems.com
              Rudolph C. McCollum, Jr.    on behalf of Debtor Shani Adia McCall rudy@mccollumatlaw.com,
               mccollumatlaw301@gmail.com
                                                                                             TOTAL: 2
```